1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney

2  EUMI L. CHOI (CSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney

5
   150 Almaden Blvd., Suite 900
6  San Jose, California 95113
   Telephone: (408) 535-5056
7  FAX: (408) 535-5066
   Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff

FILED
AUG 19 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. 05-70456 RS |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| ALFREDO ORDONEZ-QUINTEROS, | ) SAN JOSE VENUE |
| Defendant. | ) |

On August 11, 2005, the parties in this case appeared before the Court for an arraignment. At that appearance, Assistant Federal Public Defender Jay Rorty explained that he needs additional time to discuss the government's plea offer with the defendant and for the defendant to discuss the offer with his family. Therefore, the parties requested that the arraignment be continued to September 8, 2005 at 9:30 a.m. before the Honorable Judge Seeborg. In addition, the defendant, through his counsel, agreed to an exclusion of time under the Speedy Trial Act from August 11, 2005 to September 8, 2005. The parties agree and stipulate that an exclusion of time is appropriate based on the defendant's need for effective preparation of counsel.

STIPULATION AND [PROPOSED] ORDER
No. 05-70456 RS                    1

| | | |
|---|---|---|
| 1 | SO STIPULATED: | KEVIN V. RYAN<br>United States Attorney |
| 2 | | |
| 3 | DATED: 8/19/05 | SUSAN KNIGHT<br>Assistant United States Attorney |
| 4 | | |
| 5 | DATED: 8/15/05 | JAY RORTY<br>Assistant Federal Public Defender |

Accordingly, the Court HEREBY ORDERS that the preliminary hearing or arraignment is continued to September 8, 2005 at 9:30 a.m. before the Honorable Judge Seeborg. Good cause is shown and the continuance is proper under Rule 5 of the Federal Rules of Criminal Procedure and 18 U.S.C. § 3060.

For good cause shown, the Court FURTHER ORDERS that time be excluded under the Speedy Trial Act from August 11, 2005 to September 8, 2005. The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 8/19/05

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER                2
No. 05-70456 RS